# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JESS GONZALEZ, ET AL.,**

V.　　　　　　　　　　　　　　　　**SUMMONS IN A CIVIL CASE**

**PURE FOODS MANAGEMENT GROUP, INC., ET AL.,**

　　　　　　　　　　　　　　　　　　CASE NUMBER: **3:14–CV–01515–SRU**

　　TO: **Albany Avenue Favorite Chicken, LLC, Carousel Center's Favorite Chicken, LLC, Charter Oak's Favorite Chicken, LLC, Chicopee's Favorite Chicken, LLC, Dulles Town Center's Favorite Chicken, LLC, Harrison's Favorite Chicken, LLC, Shahid Hashmi, Holyoke's Favorite Chicken, LLC, Hudson Mall's Favorite Chicken, LLC, Jersey City's Favorite Chicken, LLC, Journal Square's Favorite Chicken, LLC, Mass. Favorite Chicken I, Inc., Meadowland's Favorite Chicken, LLC, New London Favorite Chicken, LLC, Newport Plaza's Favorite Chicken, LLC, North Haven's Favorite Chicken, LLC, North Heaven's Favorite Chicken, LLC, Palisades Favorite Chicken, LLC, Fazal Panezai, Pure Foods Management Group, Inc., Rhode Island Favorite Chicken I, Inc., Rhode Island Favorite Chicken II, Inc., Rhode Island Favorite Chicken III, LLC, South Shore's Favorite Chicken, LLC, Springfield Favorite Chicken, LLC, Trumbull's Favorite Chicken, LLC, Wallingford's Favorite Chicken, LLC, West New York's Favorite Chicken, Inc.**

Defendant's Address:

　　A lawsuit has been filed against you.

　　Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kenneth James Krayeske**
**Kenneth J. Krayeske Law Offices**
**1 Linden Place, Suite 107**
**Hartford, CT 06106**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ – T. Oliver
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2014–10–15 12:23:58.0**, Clerk
USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

    This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

    My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

    I declare under penalty of perjury that this information is true.

Date: _____

                                                                      _____
                                                                              Servers signature

                                                                              _____
                                                                             Printed name and title

                                                                              _____
                                                                                    Servers address

    Additional information regarding attempted service, etc: